**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CATHERINE BRADFORD**                                                      **PLAINTIFF**

**V.**                                    **NO. 3:19CV00183-JTR**

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                  **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing

the decision of the Commissioner, and remanding this case to the Commissioner for

further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan*

*v. Sullivan*, 501 U.S. 89 (1991).

DATED this 28th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE