UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CATHERINE BRADFORD                                                              PLAINTIFF

v.                                       No. 3:19-cv-00183-JTR

ANDREW SAUL,
Commissioner of Social Security                                                 DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1]  *Doc. 21*.  The Commissioner has not filed a Response, and the time for doing so has expired.

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total payment of $4,664.42 consisting of: (1) 19.40 hours of attorney work at the 2019 hourly rate of $205.00 ($3,977.00); (2) 0.60 hours of attorney work at the 2020 hourly rate of $206 ($123.60);  (3)  7.25 hours of paralegal work at an hourly rate of $75 ($543.75);  and (4) expenses of $20.07.

The Court concludes that:  (1) Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA; and (2) the amount requested is reasonable.

---

[1] On July 28, 2020, the Court entered an Order reversing the Commissioner's denial of benefits and remanding the case for further consideration.  *Doc. 19*.

1

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA, *Doc. 21,* is GRANTED, as stated herein.

IT IS FURTHER ORDERED that Plaintiff is awarded **$4,664.42** in attorney's fees and expenses under the EAJA.[2]

DATED this 26th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the care of Plaintiff's attorney at the attorney's office.